UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED
2006 DEC 13 PM 4: 54
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

IVORY D. DICKERSON

CASE NO.  6:06-cr-238-ORL-22-JGG
18 U.S.C. § 1030(a)(2)(C), (b) & (c)(2)(B)(ii)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 4, 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

### IVORY D. DICKERSON

the defendant herein, in furtherance of a criminal and tortious act committed in violation of laws of the United States and Florida, that is, production of a visual depiction of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2251, and extortion, in violation of Fla. Stat. § 836.05, did intentionally access, and attempt to access, by use of an interstate and foreign communication, a computer without authorization and did exceed, and attempt to exceed, by use of an interstate and foreign communication, authorized access of a computer, and did thereby obtain, and attempt to obtain, information from a protected computer that is used in interstate and foreign commerce and communication.

All In violation of Title 18, United States Code, Section(s) 1030(a)(2)(C), (b) & (c)(2)(B)(ii), and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney

By: _____
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division